1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISWAJIT MISHRA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a Delaware Corporation,<br><br>Defendants, | Case No.: <u>4:24-cv-07916-KAW</u><br><br>*Assigned Judge: Kandis A. Westmore*<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: March 20, 2025        By: /s/ Kandis Westmore
                                Hon. Assigned Judge
                                Kandis A. Westmore
                                United States Magistrate Judge